THE HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8          WESTERN DISTRICT OF WASHINGTON

9                  AT SEATTLE

10

11  JAMES ODOM, on behalf of himself and all )    No. C03-2976P
    others similarly situated,               )
12                                           )
                   Plaintiff,                )    **PARTIES' JOINT QUARTERLY**
13                                           )    **REPORT DUE JANUARY 15, 2010**
            v.                               )
14                                           )
    MICROSOFT CORPORATION, a                 )
15  Washington corporation; BEST BUY CO.,    )
    INC., a Minnesota corporation,           )
16                                           )
                   Defendants.               )
17  _____)

18

19        Pursuant to this Court's Order Staying Action Pending Further Proceedings In Related

20  Litigation, dated January 28, 2008, the parties jointly submit this quarterly report on the status

21  of the related state court case *Odom v. Microsoft Corp.*, No. 04-2-10618-4 SEA ("State

22  Action"), pending in the Superior Court of Washington for King County before the

23  Honorable Douglass A. North.

24        As the parties previously notified this Court, in June 2007, Defendant Best Buy's then

25  lead attorney, Timothy Block of the firm Robins, Kaplan, Miller & Ciresi L.L.P. ("RKMC"),

26  admitted in the State Action to having altered documents produced to Plaintiffs and to having

**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel:  415-981-4800 • Fax:  415-981-4846

1  deleted others.  In August 2007, the State Court appointed a Special Master to identify and

2  produce responsive documents in the possession of RKMC and verify the firm's compliance

3  with discovery obligations.  Production of responsive documents is ongoing.

4      In February 2008, the State Court expanded the Special Master's authority to include an

5  investigation of Best Buy's discovery conduct.  The Special Master's Final Report concerning

6  that investigation was filed with the Court on June 18, 2009.  Best Buy and RKMC filed

7  objections to the Report in July, and Best Buy filed a motion to strike the Report and a motion

8  for evidentiary hearing.  The briefing on those objections and motions was completed on

9  September 25, 2009.

10     On January 8, 2010, the State Court issued rulings on the objections and the

11  motions.  The Court ordered the parties to submit additional briefing on the discovery issues

12  and potential sanctions, and has scheduled oral argument on that briefing for March 26, 2010.

13

14

15  Dated:  January 15, 2010          Respectfully submitted,

16

17                              By:   s/Beth E. Terrell, WSBA # 26759
                                Daniel C. Girard (admitted pro hac vice)
18                              Amanda M. Steiner (WSBA No. 29147)
                                Christina Connolly Sharp (admitted pro hac vice)
19                              Anthony K. Lee (admitted pro hac vice)
                                GIRARD GIBBS LLP
20                              601 California Street, 14th Floor
                                San Francisco, California 94108
21                              Telephone:  (415) 981-4800
                                Facsimile:  (415) 981-4846
22                              E-mail:  dcg@girardgibbs.com
                                E-mail:  as@girardgibbs.com
23                              E-mail:  al@girardgibbs.com
                                E-mail:  chc@girardgibbs.com
24
                                Beth E. Terrell (WSBA No. 26759)
25                              Toby J. Marshall (WSBA No. 32726)
                                TERRELL MARSHALL & DAUDT PLLC
26                              3600 Fremont Avenue North

1     Seattle, Washington 98103
    Telephone:  (206) 816.6603
2     Facsimile:  (206) 350.3528
    E-mail:  bterrell@tmdlegal.com
3     E-mail:  tmarshall@tmdlegal.com

4     Christopher I. Brain (WSBA No. 5054)
    Janissa A. Strabuk (WSBA No. 21827)
5     TOUSLEY BRAIN STEPHENS PLLC
    1700 Seventh Avenue, Suite 2200
6     Seattle, Washington 98101
    Telephone:  (206) 682-5600
7     Facsimile:  (206) 682-2992
    E-mail:  cbrain@tousley.com
8     E-mail:  jstrabuk@tousley.com

9     *Attorneys for Plaintiffs*

10     By:__s/Jonathan Palmer, WSBA # 26970, per email
    authorization on 1/15/2010
11     Mark S. Parris (WSBA No. 13870)
12     Jonathan M. Palmer (WSBA No. 26970)
    ORRICK HERRINGTON & SUTCLIFFE LLP
13     719 Second Avenue, Suite 900
14     Seattle, Washington 98104
    Telephone: (206) 839-4320
15     Facsimile: 206-839-4301
    E-mail: m.parris@orrick.com
16     E-mail: jmpalmer@orrick.com

17     Charles B. Casper (admitted pro hac vice)
    Peter Breslauer (admitted pro hac vice)
18     MONTGOMERY, McCRACKEN, WALKER &
      RHOADS, LLP
19     123 South Broad Street, 24th Floor
20     Philadelphia, Pennsylvania 19109-1099
    Telephone:  (215) 772-1500
21     Facsimile:  (215) 772-7620
    E-mail:  ccasper@mmwr.com
22     E-mail:  pbreslauer@mmwr.com

23     *Attorneys for Defendant Microsoft Corporation*

24     By: s/ Joseph M. McMillan, WSBA # 26527, per email
    authorization on 1/14/2010
25     Harry H. Schneider, Jr. (WSBA No. 9404)
    Joseph M. McMillan (WSBA No. 26527)
26     Katherine E. Page (WSBA No. 32903)

**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: 415-981-4800 • Fax: 415-981-4846

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000
E-mail:  hschneider@perkinscoie.com
E-mail:  jmcmillan@perkinscoie.com

*Attorneys for Defendant Best Buy Stores, L.P. (sued as Best Buy Co., Inc.)*

**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel:  415-981-4800 • Fax:  415-981-4846

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark S. Parris
m.parris@orrick.com
Jonathan M. Palmer
jmpalmer@orrick.com
Christopher B. Lanese
clanese@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
719 Second Avenue, Suite 900
Seattle, WA 98104

Charles B. Casper
ccasper@mmwr.com
Peter Breslauer
pbreslauer@mmwr.com
MONTGOMERY, MCCRACKEN, WALKER
    & RHOADS, LLP
123 South Broad Street, 24th Floor
Philadelphia, Pennsylvania  19109-1099

*Attorneys for Defendant Microsoft Corporation*

Harry H. Schneider, Jr.
hschneider@perkinscoie.com
Joseph M. McMillan
jmcmillan@perkinscoie.com
Katherine E. Page
kpage@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099

*Attorneys for Defendant Best Buy*

Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Christina H. Connolly
chc@girardgibbs.com
Anothy K. Lee

PARTIES' JOINT QUARTERLY
REPORT DUE JANUARY 15, 2010 - 5

**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel:  415-981-4800 • Fax:  415-981-4846

al@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Christopher I. Brain
cbrain@tousley.com
Janissa A. Strabuk
jstrabuk@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 7th Avenue, Suite 2200
Seattle, Washington 98101

*Co-counsel for Plaintiffs*

and I hereby certify that I have electronically served via email the document to the following non CM/ECF participants:

Paul Raskin
praskin@corrcronin.com
CORR CRONIN MICHELSON BAUMGARDNER
  & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154

*Attorneys for Robins, Kaplan, Miller & Ciresi LLP*

Eric P Blank
sm10618@digital-legal.com
BLANK LAW & TECHNOLOGY, P.S.
157 Yesler Way, Third Floor
Seattle, Washington 98104

*Special Master in King County Superior Court Cause No. 04-2-10618-4 SEA*

DATED this 15th day of January, 2010.

TERRELL MARSHALL & DAUDT PLLC

By: ____/s/ Beth E. Terrell, WSBA #26759____
Beth E. Terrell, WSBA #26759
bterrell@tmdlegal.com
Toby J. Marshall, WSBA #32726
tmarshall@tmdlegal.com
3600 Fremont Avenue North
Seattle, Washington 98103
Telephone: (206) 816.6603
Facsimile: (206) 350.3528

PARTIES' JOINT QUARTERLY
REPORT DUE JANUARY 15, 2010 - 6

**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: 415-981-4800 • Fax: 415-981-4846